IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JERMAINE J. STEWART, )<br>)<br>Defendant. ) | 8:03CR222<br><br>ORDER |

      Defendant Jermaine J. Stewart appeared before the court on Monday, May 13, 2013 on a Petition for Warrant or Summons for Offender Under Supervision [42]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

      **IT IS ORDERED**:

      1.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 18, 2013 at 9:30 a.m.** Defendant must be present in person.

      2.    The defendant is released on current conditions of supervision.

DATED this 13th day of May, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge